OMB APPROVED 1625-0027

| U.S. DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-1356 (Rev 06-04) | BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DECREE OF FORFEITURE | THIS SECTION FOR COAST GUARD |
|---|---|---|

**1. VESSEL NAME**
M/V LORRAINE G

**2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER**
589789

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2019 NOV -1 A 11: 16
WILLIAM W. BLEVINS
CLERK

**3. PERSON EXECUTING INSTRUMENT**
NAME: Scott Illing    TITLE: U.S. MARSHAL

NAME AND ADDRESS OF AGENCY REPRESENTED (AND DISTRICT, IF APPLICABLE)
U.S. Marshal Eastern District of Louisiana
500 Poydras St. Ste 724 New Orleans, LA 70130

**4. COURT OR FORFEITURE INFORMATION:**
☐ VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE (COPY OF DEGREE ATTACHED)
☒ VESSEL SOLD PURSUANT TO COURT ORDER

NAME OF COURT: US. District Court E/LA
TITLE OF ORDER: Order for Sale of vessel

RECORDING DATA:
BOOK:        PAGE:
PORT (IF DIFFERENT FROM FILING PORT)

**5. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:**
South Lafourche Bank & Trust Co.
13226 West Main St.
Larose, LA 70373

**5A. TOTAL INTEREST TRANSFERRED** (100% UNLESS OTHERWISE SPECIFIED) __100__ %.

**5B. MANNER OF OWNERSHIP.** (CHECK ONLY ONE, IF APPLICABLE). UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    ☐ TENANCY BY THE ENTIRETIES    ☐ COMMUNITY PROPERTY
☐ OTHER (DESCRIBE)

**6. CONSIDERATION RECEIVED:**
Forty-Five thousand ($45,000) dollars
(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)

**7.** BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER(S) NAMED ABOVE.

**8. SIGNATURE AND ACKNOWLEDGMENT:**

ON __October 30, 2019__ THE PERSON(S) NAMED ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

STATE: Louisiana
COUNTY: Orleans
NOTARY PUBLIC: Carol L. Michel
MY COMMISSION EXPIRES: at death

CAROL L. MICHEL
NOTARY PUBLIC
La. Bar Roll No. 14226
500 Poydras St, Rm C151
New Orleans, LA 70130
My Commission is Issued for Life

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

PREVIOUS EDITION OBSOLETE